UNITED STATES of America,
Plaintiff–Appellee,

v.

Timothy Wesley HALL, Defendant–
Appellant.

No. 14–15436
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 14, 2015.

Wifredo A. Ferrer, Adam C. McMichael, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, Mark Lester, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Thomas J. Butler, Whatley Drake & Kallas, LLC, Birmingham, AL, for Defendant–Appellant.

Timothy Wesley Hall, Miami, FL, pro se.

Before ED CARNES, Chief Judge, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas Butler, appointed counsel for Timothy Hall, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hall's conviction and sentence are **AFFIRMED.** Additionally, Hall's motion for appointment of new counsel is **DENIED.**